BURGOYNE *v.* EASTERN & W. RY. CO.

*(Supreme Court, Special Term, New York County.   July 24, 1890.)*

FOREIGN CORPORATIONS—SEQUESTRATION OF PROPERTY.

> The right of a judgment creditor of a corporation, on the return of execution unsatisfied, to maintain an action for the sequestration of its property, and for the appointment of a receiver, is confined to domestic corporations by the terms of Code Civil Proc. N. Y. § 1784, which confers the right; and hence no such action will lie against a foreign corporation.

At chambers.   Plaintiff, Burgoyne, had obtained a judgment in a district court of New York city against defendant, the Eastern & Western Railway Company, an Ohio corporation.   An execution against defendant was returned wholly unsatisfied, and plaintiff now moves for the appointment of a receiver.   Plaintiff alleged that defendant had an office in New York city, but this was denied by defendant, who further alleged that it had no property in said city.   Code Civil Proc. N. Y. § 1784, provides: "Where final judgment for a sum of money has been rendered against a corporation created by or under the laws of the state, and an execution issued thereupon to the sheriff of the county where the corporation transacts its general business, or where its principal office is located, has been returned wholly or partly unsatisfied, the judgment creditor may maintain an action to procure a judgment sequestrating the property of the corporation, and providing for a distribution thereof."

*Wilder, Wilder & Lynch,* for plaintiff.   *Waldorf H. Phillips,* for defendant. .

ANDREWS, J.   Section 1784 of the Code authorizes the appointment of a receiver in an action brought to sequestrate the property of a corporation created by or under the laws of this state.   The defendant is a foreign corporation, and I have not been referred to any provision of the Code or of any other statute which authorizes the appointment of a receiver in this action. The motion must therefore be denied, with $10 costs.